HARRY GOLDSHINE, SAM HARRIS AND MORRIS ROTH-
MAN, PROSECUTORS, v. STATE OF NEW JERSEY
(RICHARD HARTSHORNE, JUDGE OF THE ESSEX COM-
MON PLEAS), DEFENDANTS.

Submitted October term, 1932—Decided October 23, 1933.

Before Justices PARKER, LLOYD and HEHER.

For the prosecutors, *A. Milton Jacobs* and *Kessler &
Kessler.*

For the defendants, *Louis A. Fast.*

PER CURIAM.

The case as exhibited on the papers before us is very in-
complete, but we gather that the prosecutors were convicted
as disorderly persons, *i. e.,* common thieves attending a place
of amusement for an unlawful purpose. Disorderly Persons
act, section 6. That the conviction was before a Police Court
of the city of Newark; that they procured a summary review
of the conviction by Judge Hartshorne, of the Court of Com-
mon Pleas, by virtue of some such statute as section 39 of
the Disorderly act (*Comp. Stat., p.* 1937), or the act of 1895,
relating to Police Courts. *Comp. Stat., p.* 3995, *pl.* 14.
The precise act is unimportant. We gather further that Judge
Hartshorne sustained the conviction, and we are asked to
review his action on *certiorari,* as of course this court has
the right to do. *Newark* v. *Kazinski,* 86 *N. J. L.* 59; 90
*Atl. Rep.* 1016. To that end we have examined the affidavit
and briefs submitted (there was no oral argument) and con-
clude that prosecutors have not shown a case reasonably call-
ing for the interposition of this court.

*Allocatur* is therefore denied.